[No. 24466–3–I.   Division One.   July 30, 1990.]

THE STATE OF WASHINGTON, *Appellant*, v. BRUCE A. DUDLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–1–00446–6, Joseph A. Thibodeau,

J., entered July 20, 1989. *Remanded* by unpublished per curiam opinion.